# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00023-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

BARBARA FREEMAN,

    Plaintiff,

v.

MEDICAL BOARD AND MEDICAL PROVIDER D.W.C.F., and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Barbara Freeman is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Denver Women's Correctional Facility in Denver, Colorado.  Plaintiff has submitted a document entitled "Preliminary Injunction/Restraining Order" stating her intent to file a 42 U.S.C. § 1983 action and challenging a change in her pain medication.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    <u>  X  </u>    is not submitted

(2)  __   is missing affidavit
(3)  _X_  is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __   is missing a certified account statement showing the current balance in Plaintiff's prison account is not certified
(5)  __   is missing required financial information
(6)  __   is signed but not dated by the prisoner
(7)  __   is not on proper form (must use the Court's current form)
(8)  __   names in caption do not match names in caption of complaint, petition or habeas application
(9)  _X_  is missing a signed authorization to allow disbursement of funds from inmate account
(10) _X_  other: In the alternative, Plaintiff may prepay the $400 filing fee in full.

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) _X_  is not on proper form (must use the Court's current form used in filing a prisoner complaint)
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. __
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the current Court-approved forms used in filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915  (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. for use in curing deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 6, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge